**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

MICHAEL J. FLYNN
(302) 351-9661
mflynn@mnat.com

October 7, 2015

The Honorable Leonard P. Stark
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: Request for Discovery Conference in the following cases:
   *Enzo Life Sciences Inc. v. Agilent Technologies Inc.*, C.A. No. 12-434
   *Enzo Life Sciences Inc. v. Illumina Inc.*, C.A. No. 12-435
   *Enzo Life Sciences Inc. v. Affymetrix Inc.*, C.A. No. 12-433
   *Enzo Life Sciences Inc. v. Becton Dickson and Company et al*, C.A. No. 12-275
   *Enzo Life Sciences Inc. v. Life Technologies Corporation*, C.A. No. 12-105
   *Enzo Life Sciences Inc. v. Roche Molecular Systems Inc. et al*, C.A. No. 12-106

Dear Chief Judge Stark:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference at the Court's earliest convenience, as the Court directed in its October 1, 2015 Oral Order (C.A. No. 12-105, D.I. 225) following submission of the Joint Status Report (*id.*, D.I. 222).

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer by telephone on the following date: **October 5, 2015**.

For Plaintiff Enzo Life Sciences:
  Delaware Counsel:   Michael Farnan
  Lead Counsel:       Justin Wilcox and
                      Michael Stadnick

For Defendant Affymetrix:
  Delaware Counsel:   Derek Fahnestock
  Lead Counsel:       Peter Root

For Defendants Roche Molecular Sys. and Becton Dickson:
  Delaware Counsel:   Frederick Cottrell
  Lead Counsel:       Omar Khan

For Defendant Life Technologies:
  Delaware Counsel:   Karen Jacobs
  Lead Counsel:       Ryan Owens

For Defendant Illumina:
  Delaware Counsel:   Martina Hufnal
  Lead Counsel:       Martina Hufnal

For Defendant Agilent Technologies:
  Delaware Counsel:   Derek Fahnestock
  Lead Counsel:       Derek Fahnestock

The Honorable Leonard P. Stark
October 7, 2015
Page 2

The dispute requiring judicial attention is listed below:

- Whether the Defendants should be allowed to assert more than six prior art references per asserted claim of the '197 patent.

Respectfully,

*/s/ Michael Flynn*

Michael Flynn (#5333)
*Counsel for Defendant Life Technologies Corp.*

cc: All counsel of record
Clerk of the Court